FILED 22 SEP '26 09:44 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene DIVISION

Joshua Israel Slaughter
*(Enter full name of plaintiff)*

Plaintiff,

v.

Lane County Sheriff Office
And
Lane County Adult Correction Facility
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. **6:26-cv-01962-AA**
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Joshua Israel Slaughter
Street Address: 101 West 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: 510-798-7251

**Defendant No. 1** Name: ____________________

Street Address: ____________________

City, State & Zip Code: ____________________

Telephone No.: ____________________

**Defendant No. 2** Name: ____________________

Street Address: ____________________

City, State & Zip Code: ____________________

Telephone No.: ____________________

**Defendant No. 3** Name: ____________________

Street Address: ____________________

City, State & Zip Code: ____________________

Telephone No.: ____________________

**Defendant No. 4** Name: ____________________

Street Address: ____________________

City, State & Zip Code: ____________________

Telephone No.: ____________________

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Page 1 of 2 *

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON Sep 9 Between 8:15 & 9:30PM Deputy Koski Took Some Books From my Cell, Because I Had To many Books, I Ased Him To Take These other Books Instead of Those Books He Took, Because I was Reading Them & He Replyed So you are Reading The Books That are under your Bed, So Tell me How That make's any Sense & I Replyed, It Doesn't Have To make any Sense & you Do Not Have To Be Rude To me, Because I'm Showing you Respect, may I give you These other Books Instead & He Tell's me To get Back To my Cell, So I Reply OK, But Can I give you These Books First.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

Statement of claims

Page 2 of 2

He tells me to get in to my cell again at that time he pushes me in to my cell with physical force, then I turned around & said you do not have to put your hands on me then he proceeds to slam my cell door on my foot, & then I yelled you just smashed my foot ... which he did 4 times in a row... then 4 days later on 9-11-26, I was sent down to medical & the nurse looked at my foot, ... she never X-rayed it or even held my foot in her hand to inspect it. I'm dark skined so it would be hard to tell if there was a bruise ... she never evaluated it properly "fact."

This brings in federal question because this happend against law enforcement agency my first & eighth amendment was violated because deputy Kopki used physical force by putting his hands on me, also smashing my foot with the door 4 times. ... he did not treat other races in such a manner as mine. Also the nurse did not properly evaluate my foot in medical

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

PRAYER FOR RELIEF, ... THESE ACT VIOLATED MY RIGHTS UNDER CONSTITUTION AND LAWS OF THE UNITED STATES.
" A/ ORDER LANE COUNTY SHERIFF'S OFFICE & LANE COUNTY ADULT CORRECTIONS FACILITY TO COMPENSATE FOR IRREPARABLE DAMAGES CAUSED BY VIOLATING MY RIGHTS ... COMPENSATORY DAMAGES IN THE AMOUNT OF $300,000.00 FOR EACH DEFENDANT JOINTLY AND SEVERALLY. ... A JURY TRIAL TRIABLE BY JURY PLAINTIFF'S COST IN THIS SUIT AND ADDITIONAL RELIEF, THIS COURT DEEMS JUST PROPER & EQUITABLE
9/12/26 RESPECTFULLY SUBMITTED
JOSHUA [illegible] 101 WEST 5TH AVE EUGENE OR 97401

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of SEPTEMBER, 20 26

[signature]
*(Signature of Plaintiff)*

Joshua Israel Slaughter #3944253
101 West 5th Ave
Eugene OR 97401

PORTLAND OR RPDC 972
18 SEP 2026 PM 4 L

USA FOREVER

SCREENED

United States District Court
For District of Oregon
Wayne L. Morse U.S. Court House
405 East Eighth Ave Suite 2100
Eugene OR 97401

"Legal Envelope"
"Legal mail"

97401-271225